**Order entered May 6, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00264-CR

### EX PARTE ORLANDO GUTIERREZ

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX13-90023-W**

## ORDER

By order entered March 6, 2014, the Court set this accelerated appeal for submission on June 2, 2014 and ordered appellant to file his brief by April 18, 2014. By order entered April 23, 2014, the Court granted appellant's motion for extension and reset the due dates for appellant's and the State's briefs. The time to file appellant's brief was extended to May 2, 2014. Both orders stated that if a party did not submit its brief by the date specified, the appeal would be submitted without that party's brief. Appellant did not file his brief by the extended due date. Instead, appellant has filed a May 2, 2014 second motion for extension of time to file appellant's brief. Appellant's second motion for extension is **DENIED**.

We **ORDER** this appeal submitted without appellant's brief. *See* TEX. R. APP. P. 31.1.

/s/    JIM MOSELEY
        JUSTICE